FILED

COPY

2019 SEP 27 AM 11: 50

CLERK U.S. DISTRICT...
CENTRAL DIST. OF CA...
LOS ANGELES

BY: _____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 19 CR 00586-RGK |
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 371: Conspiracy] |
| VICTOR MICHAEL RUGGIERI,<br> aka "New Age Innovation," | [CLASS A MISDEMEANOR] |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. § 371]

A.   INTRODUCTORY ALLEGATIONS

At times relevant to this Information:

1.   Defendant VICTOR MICHAEL RUGGIERI, also known as "New Age Innovation," owned and operated New Age Innovation ("New Age"), a sole proprietorship he formed to distribute male sexual enhancement pills to retail locations across the United States.

2.   Co-conspirator #1 supplied male sexual enhancement pills to defendant RUGGIERI.  Co-conspirator #1 owned and operated several businesses between 2011 and 2017 for the purpose of manufacturing and distributing male sexual enhancement pills that he marketed as herbal remedies but that in fact contained undisclosed Tadalafil, an active

pharmaceutical ingredient.  Each of Co-conspirator #1's pill
businesses was located in the Central District of California.

3.    Co-conspirator #2 worked for Co-conspirator #1 as an office
assistant from approximately 2014 to 2017.

B.    THE OBJECT OF THE CONSPIRACY

4.    Beginning on a date unknown to the United States Attorney
and continuing to on or about February 13, 2017, in Los Angeles
County, within the Central District of California, and elsewhere,
defendant RUGGIERI, together with others known and unknown to the
United States Attorney, including Co-conspirators #1 and #2,
knowingly conspired to introduce and cause the introduction of
misbranded drugs into interstate commerce, in violation of Title 21,
United States Code, Sections 331(a), 352, and 333(a)(1).

C.    MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE
      ACCOMPLISHED

5.    The object of the conspiracy was to be accomplished, in
substance, as follows:

        a.    Co-conspirator #1 would import shipments of bulk
Tadalafil from suppliers in China.

        b.    After Co-conspirator #1 received the bulk Tadalafil in
the Central District of California, he would cause the bulk Tadalafil
to be manufactured into pills that Co-conspirators #1 and #2 would
sell in packages whose labeling did not disclose the presence of
Tadalafil, and whose labeling falsely stated that no prescription was
necessary, even though the pills were in fact prescription drugs.

        c.    Defendant RUGGIERI would place orders for the
misbranded pills with Co-conspirators #1 and #2.

2

1         d.   Co-conspirator #2 would fulfill the orders placed by

2     defendant RUGGIERI by shipping the misbranded drugs from the Central

3     District of California to defendant RUGGIERI in Claymont, Delaware.

4         e.   Defendant RUGGIERI would resell and distribute the

5     misbranded pills to retail locations across the United States.

6         f.   When the FDA announced that a certain brand of Co-

7     conspirator #1's pills was tainted because the pills contained

8     undeclared Tadalafil, defendant RUGGIERI would begin buying a

9     replacement brand of pills, with an identical formula (including

10    Tadalafil) but different brand name, from Co-conspirators #1 and #2.

11    For example:

12        i.   After the FDA announced in December 2015 that Co-

13    conspirator #1's white "X Again" pills were tainted because they

14    contained undisclosed Tadalafil, defendant RUGGIERI would begin

15    buying a replacement brand of pills from Co-conspirators #1 and #2,

16    branded "X Monster," which had the same formula and price as the

17    tainted "X Again" pills and similar labeling that failed to disclose

18    the presence of Tadalafil.

19        ii.  After the FDA announced in August 2016 that Co-

20    conspirator #1's gold "Master Zone" pills were tainted because they

21    contained undisclosed Tadalafil, defendant RUGGIERI would begin

22    buying a replacement gold pill from Co-conspirators #1 and #2,

23    branded "Royal Master," which had the same formula and price as the

24    tainted "Master Zone" pills and similar labeling that failed to

25    disclose the presence of Tadalafil.

26        iii. After the FDA announced in August 2016 that Co-

27    conspirator #1's silver "One More Knight" pills were tainted because

28    they contained undisclosed Tadalafil, defendant RUGGIERI would begin

buying a replacement silver pill from Co-conspirators #1 and #2, branded "Own the Knight," which had the same formula and price as the tainted "One More Knight" pills and similar labeling that failed to disclose the presence of Tadalafil.

g.   Defendant RUGGIERI would resell and distribute the replacement pills to retail locations across the United States, despite the fact that the pills had the same formula and misleading packaging as the misbranded pills that the FDA had declared were tainted.

D.   OVERT ACTS

6.   On or about the following dates, in furtherance of the conspiracy and to accomplish its object, defendant RUGGIERI, and others both known and unknown to the United States Attorney, including Co-conspirators #1 and #2, committed various overt acts within the Central District of California and elsewhere, including, but not limited to, the following:

Overt Act No. 1:   On or about December 29, 2015, eleven days after the FDA announced that the white "X Again" pills that Co-conspirators #1 and #2 had been selling to defendant RUGGIERI were tainted because they contained undisclosed Tadalafil, Co-conspirator #2 shipped approximately 500 white "X Again" pills to defendant RUGGIERI in Claymont, Delaware pursuant to defendant RUGGIERI's order.

Overt Act No. 2:   On or about January 21, 2016, pursuant to an order from defendant RUGGIERI, Co-conspirator #2 shipped approximately 1,200 white "X Again" pills to defendant RUGGIERI in Claymont, Delaware.

Overt Act No. 3:     On or about March 4, 2016, after Co-conspirator #1 changed the brand name of his white pills from "X Again" to "X Monster," Co-conspirator #2 shipped approximately 540 white "X Monster" pills to defendant RUGGIERI in Claymont, Delaware pursuant to defendant RUGGIERI's order.

Overt Act No. 4:     On or about July 1, 2016, pursuant to an order from defendant RUGGIERI, Co-conspirator #2 shipped approximately 7,200 white "X Monster" pills to defendant RUGGIERI in Claymont, Delaware.

Overt Act No. 5:     On or about August 26, 2016, ten days after the FDA announced that the gold "Master Zone" pills and the silver "One More Knight" pills that Co-conspirators #1 and #2 had been selling to defendant RUGGIERI were tainted because they contained undisclosed Tadalafil, defendant RUGGIERI placed one of his largest orders ever for Co-conspirator #1's misbranded silver pills, ordering 4,800 "One More Knight" pills from Co-conspirator #1 for approximately $13,200.

Overt Acts Nos. 6 Through 25: On or about the following dates, pursuant to orders from defendant RUGGIERI, Co-conspirator #2 shipped the following quantities of misbranded pills from the Central District of California to defendant RUGGIERI in Claymont, Delaware:

| Overt Act | Date | Invoice | White Pill Quantity (X Monster) | Gold Pill Quantity (Royal Master) | Silver Pill Quantity (Own the Knight) |
|---|---|---|---|---|---|
| 6 | 9/6/16 | 5239 | – | – | 1,200 |
| 7 | 9/15/16 | 5245 | – | 1,200 | – |
| 8 | 10/6/16 | 5262 | – | – | 1,740 |
| 9 | 10/10/16 | 5268 | – | 900 | – |
| 10 | 10/17/16 | 5284 | – | 600 | – |

| Overt Act | Date | Invoice | White Pill Quantity (X Monster) | Gold Pill Quantity (Royal Master) | Silver Pill Quantity (Own the Knight) |
|---|---|---|---|---|---|
| 11 | 10/28/16 | 5307 | – | – | 1,800 |
| 12 | 11/1/16 | 5313 | – | – | 600 |
| 13 | 11/4/16 | 5328 | 600 | 336 | 1,860 |
| 14 | 11/18/16 | 5351 | – | – | 1,800 |
| 15 | 11/23/16 | 5361 | – | – | 1,200 |
| 16 | 12/2/16 | 5370 | 600 | 600 | 1,200 |
| 17 | 1/5/17 | 5380 | – | – | 600 |
| 18 | 1/13/17 | 5385 | 600 | 600 | 600 |
| 19 | 1/17/17 | 5400 | 600 | – | – |
| 20 | 1/20/17 | 5410 | – | 600 | – |
| 21 | 1/23/17 | 5416 | – | – | 1,200 |
| 22 | 1/24/17 | 5420 | – | – | 1,200 |
| 23 | 1/27/17 | 5424 | 600 | – | 600 |
| 24 | 1/30/17 | 5430 | – | – | 600 |
| 25 | 2/13/17 | 5458 | 600 | – | 600 |

NICOLA T. HANNA
United States Attorney

Scott M. Garringer
Deputy Chief, Criminal Division For:
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

JOSEPH O. JOHNS
Assistant United States Attorney
Chief, Environmental and
Community Safety Crimes Section

MARK A. WILLIAMS
Assistant United States Attorney
Deputy Chief, Environmental and
Community Safety Crimes Section

MATTHEW W. O'BRIEN
Assistant United States Attorney
Environmental and Community
Safety Crimes Section

6